IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **UNITED STATES OF AMERICA**, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal No. **18-CR-30121-NJR-1** |
| ) | |
| **MICHAEL BELL**, ) | |
| ) | |
| Defendant. ) | |

### ORDER OF DETENTION

This matter is before the Court on the Motion to Revoke Order of Release filed by the United States of America on October 2, 2018 (Doc. 30). The motion was granted in part with respect to the issuance of a warrant and a hearing was held on the matter on November 5, 2018. For the reasons set forth below, the motion is now **GRANTED** in its entirety and Defendant Michael Bell's bond is **REVOKED** and he is hereby ordered **DETAINED** pending trial in this matter.

At the hearing held on November 5, 2018, the Defendant did not challenge the assertions in the Bond Violation Report and affirmatively admitted to the offenses listed therein. Specifically, the defendant admitted that: he left the Residential Reentry Center without obtaining permission; and that he unlawfully possessed and used controlled substances.

Pursuant to the Defendant's admissions and the Bond Violation Report, the Court finds there is clear and convincing evidence the Defendant violated the following conditions of his bond: 7(n) — participation in a program of inpatient or outpatient substance abuse therapy and counseling; and 7(l) — not use or unlawfully possess a narcotic drug or other controlled substance. 18 U.S.C. §3148(b)(1). This Court further finds that the Defendant poses a danger to the

1

community and that he is unlikely to abide by any condition or combination of conditions of release. 18 U.S.C. §3148(b)(2).

Therefore, this Court **ORDERS** that the Defendant's release be **REVOKED** and further **DETAINS** the Defendant pending trial. Pursuant to **18 U.S.C. § 3142(i)(2)-(4)**, the Court further **ORDERS** that: 1. The Defendant be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal; and 2. The Defendant be afforded reasonable opportunity for private consultation with his counsel; and that, on order of a court of the United States, or on request of an attorney for the Government, the person in charge of the corrections facility in which the defendant is confined deliver the defendant to a United States Marshal for the purpose of an appearance in connection with court proceedings.

**IT IS SO ORDERED.**

**DATED: November 8, 2018**

**DONALD G. WILKERSON**
**United States Magistrate Judge**